■ COLLATERAL FACTORS CORP., Respondent, v EUGENE WEISS, Appellant. —Judgment, Supreme Court, New York County, entered April 19, 1979, unanimously modified, on the law and on the facts, to reduce counsel fees to $1,000 and otherwise affirmed, without costs and without disbursements. We deem the counsel fee awarded excessive to the extent indicated. Concur—Sandler, J. P., Sullivan, Ross, Markewich and Carro, JJ.